UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-0516 (PLF) |
| | ) | |
| DISTRICT OF COLUMBIA HOUSING AUTHORITY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #6] is GRANTED, and that

its motion for summary judgment [Dkt. #6] is DENIED as moot; and it is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT

PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: March 8, 2010